NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VOXATHON LLC,**

*Plaintiff-Appellant*

**v.**

**FCA US LLC, NISSAN NORTH AMERICA, INC.,**
*Defendants*

**SUBARU OF AMERICA, INC., TOYOTA MOTOR SALES, U.S.A., INC.,**
*Defendants-Appellees*

---

2016-1614

---

Appeal from the United States District Court for the Eastern District of Texas in Nos. 2:15-cv-00562-JRG, 2:15-cv-00564-JRG, 2:15-cv-00567-JRG, 2:15-cv-00569-JRG, 2:15-cv-00571-JRG, 2:15-cv-00572-JRG, Judge J. Rodney Gilstrap.

---

## JUDGMENT

---

DAVID R. BENNETT, Direction IP Law, Chicago, IL, argued for plaintiff-appellant.

MATTHEW D. SATCHWELL, DLA Piper US LLP, Chicago, IL, argued for defendants-appellees. Also represented by PAUL RICHARD STEADMAN; AARON GABRIEL FOUNTAIN, Austin, TX.

―――――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* CLEVENGER and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|   December 9, 2016   | /s/ Peter R. Marksteiner |
| :---: | :--- |
| Date | Peter R. Marksteiner |
| | Clerk of Court |